IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES BRENT WALL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:24-cv-484 |
| DEPUTY F/N/U KOELLIEN, ET AL., | ) ) | Judge Aleta A. Trauger |
| Defendant. | ) ) ) | |

**ORDER**

On February 11, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 31), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusion of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge